| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leeson, Jr., Joseph F. | U.S. District Court, Eastern Distict of Pennsylvania | 06/16/2014 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☑ Nomination    Date 06/16/2014<br>☐ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 06/13/2014 |

| 7. Chambers or Office Address |
|---|
| One East Broad Street<br>Suite 320<br>Bethlehem, Pennsylvania 18016-1426 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Leeson, Leeson & Leeson, Attorneys At Law |
| 2. President and Director | Damar Construction, Inc. |
| 3. Solicitor | East Allen Township |
| 4. Title Insurance Agent | Conestoga Title Insurance Company |
| 5. Tax Hearing Officer | Bethlehem Township |
| 6. Alternate Solicitor for Planning and Zoning | Borough of Bangor |
| 7. President and Chair of Board of Trustees | Janet Johnston Housenick and William D. Housenick Memorial Foundation |
| 8. Solicitor | City of Easton Board of Ethics |
| 9. Solicitor | East Allen Township Municipal Authority |
| 10. Solicitor | Northampton County General Purpose Authority |
| 11. Director | DeSales University President's Council |
| 12. Director | Lehigh Valley Public Telecommunications Corporation |
| 13. Director | Administrative Board of Pennsylvania Catholic Conference |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 06/16/2014 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/15/2010 | Pennsylvania Municipal Retirement System - not receiving any benefits, but will be eligible for retirement benefit |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 06/16/2014 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/15/2010 | Pennsylvania Municipal Retirement System - not receiving any benefits, but will be eligible for retirement benefit |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Leeson, Leeson & Leeson - compensation for legal services | $440,069.00 |
| 2. 2012 | Janet Johnston Housenick and William D. Housenick Memorial Foundation - compensation for service as a Trustee | $4,500.00 |
| 3. 2013 | Leeson, Leeson & Leeson - compensation for legal services | $339,756.00 |
| 4. 2013 | Janet Johnston Housenick and William D. Housenick Memorial Foundation - compensation for service as a Trustee | $4,500.00 |
| 5. 2014 | Leeson, Leeson & Leeson - compensation for legal services | $110,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Leeson, Leeson & Leeson - salary for clerical services |
| 2. 2014 | Leeson, Leeson & Leeson - salary for clerical services |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 06/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 11

**Name of Person Reporting**

Leeson, Jr., Joseph F.

**Date of Report**

06/16/2014

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ADT Corporation Common Stock | A | Dividend | J | T | Exempt | | | | |
| 2. Aetna, Inc. Common Stock | A | Dividend | L | T | Exempt | | | | |
| 3. Alcatel Lucent Common Stock | A | Dividend | J | T | Exempt | | | | |
| 4. Alcoa, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 5. American Bank, Inc. (PA) Common Stock | A | Dividend | K | T | Exempt | | | | |
| 6. American Express Company Common Stock | A | Dividend | M | T | Exempt | | | | |
| 7. Ameriprise Financial, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 8. AOL, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 9. Ascent Capital Group, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 10. AT&T, Inc. Common Stock | B | Dividend | K | T | Exempt | | | | |
| 11. Avis Budget Group, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 12. Banco Santander, S.A. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 13. Bank America Corporation Common Stock | A | Dividend | M | T | Exempt | | | | |
| 14. Blackhawk Network Holdings, Inc. | A | Dividend | J | T | Exempt | | | | |
| 15. Boeing Company Common Stock | A | Dividend | K | T | Exempt | | | | |
| 16. CBS Corporation Common Stock | A | Dividend | J | T | Exempt | | | | |
| 17. Cisco Systems, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigroup, Inc. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 19. Columbia Global Opportunities Fund A Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 20. Columbia Tax Exempt Fund A - Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 21. Comcast Corporation Common Stock | A | Dividend | K | T | Exempt | | | | |
| 22. Covidien PLC Common Stock | A | Dividend | J | T | Exempt | | | | |
| 23. CSX Corporation Common Stock | A | Dividend | K | T | Exempt | | | | |
| 24. DirecTV Common Stock | A | Dividend | K | T | Exempt | | | | |
| 25. Discover Financial Services Co. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 26. Discovery Communications, Inc. Series A Common Stock | A | Dividend | J | T | Exempt | | | | |
| 27. Discovery Communications, Inc. Series C Common Stock | A | Dividend | J | T | Exempt | | | | |
| 28. Dow Chemical Company Common Stock | A | Dividend | K | T | Exempt | | | | |
| 29. Electronics for Imaging, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 30. Express Scripts Holding Company Common Stock | A | Dividend | J | T | Exempt | | | | |
| 31. Fifth Third Bancorp Common Stock | B | Dividend | L | T | Exempt | | | | |
| 32. Frontier Communications Corp. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 33. Fulton Financial Corp. PA Common Stock | A | Dividend | K | T | Exempt | | | | |
| 34. General Electric Company Common Stock | B | Dividend | L | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Glaxo Smith Kline, PLC Common Stock | A | Dividend | J | T | Exempt | | | | |
| 36. Hartford Financial Services Group, Inc. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 37. Hewlett Packard Company Common Stock | A | Dividend | K | T | Exempt | | | | |
| 38. International Business Machines Corp. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 39. J.P. Morgan & Chase Co. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 40. Janus Capital Group, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 41. Jetblue Airways Corporation Common Stock | A | Dividend | J | T | Exempt | | | | |
| 42. Kansas City Southern Common Stock | A | Dividend | J | T | Exempt | | | | |
| 43. Keycorp Common Stock | A | Dividend | K | T | Exempt | | | | |
| 44. Lehigh Gas Partners Ltd. Partnership | C | Int./Div. | L | T | Exempt | | | | |
| 45. Liberty Interactive Corp. Series A Common Stock | A | Dividend | J | T | Exempt | | | | |
| 46. Liberty Interactive Corp. Ventures Series A Common Stock | A | Dividend | J | T | Exempt | | | | |
| 47. Liberty Media Corp. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 48. Lincoln National Corporation Common Stock | A | Dividend | J | T | Exempt | | | | |
| 49. Mallinckrodt Public Ltd. Company Common Stock | A | Dividend | J | T | Exempt | | | | |
| 50. Merck & Co., Inc. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 51. Monsanto Company Common Stock | A | Dividend | K | T | Exempt | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley Common Stock | A | Dividend | J | T | Exempt | | | | |
| 53. Motorola Solutions, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 54. National Penn Bancshares, Inc. Common Stock | B | Dividend | L | T | Exempt | | | | |
| 55. Oracle Corp. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 56. Pentair Ltd. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 57. Pfizer, Inc. Common Stock | B | Dividend | L | T | Exempt | | | | |
| 58. PHH Corporation Common Stock | A | Dividend | J | T | Exempt | | | | |
| 59. PNC Financial Services Group, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 60. Regions Financial Corp. Common Stock | A | Dividend | M | T | Exempt | | | | |
| 61. Rowan Companies, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 62. Safeway, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 63. Southwest Airlines Company Common Stock | A | Dividend | L | T | Exempt | | | | |
| 64. Starz Series A Common Stock | A | Dividend | J | T | Exempt | | | | |
| 65. TE Connectivity Ltd. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 66. Time, Inc. | A | Dividend | J | T | Exempt | | | | |
| 67. Time Warner Cable, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 68. Time Warner, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)         U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Travelers Companies, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 70. Tyco International, Ltd. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 71. Vanguard Prime Money Market Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 72. Verizon Communications, Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 73. Viacom, Inc. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 74. Waste Management, Inc. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 75. Wells Fargo & Co. Common Stock | B | Dividend | L | T | Exempt | | | | |
| 76. Wyndham Worldwide Corp. Common Stock | A | Dividend | K | T | Exempt | | | | |
| 77. Xerox Corporation Common Stock | A | Dividend | J | T | Exempt | | | | |
| 78. Damar Construction, Inc. | F | Dividend | M | U | Exempt | | | | |
| 79. Leeson, Leeson & Leeson | | None | K | U | Exempt | | | | |
| 80. Rental Property #1, Bethlehem, Pennsylvania | E | Rent | M | W | Exempt | | | | |
| 81. Aviva Life Insurance: Universal Life | C | Interest | M | T | Exempt | | | | |
| 82. National Penn Bank Accounts | A | Interest | N | T | Exempt | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joseph F. Leeson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 285 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 804 | 132 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 225 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – see schedule | | 825 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 20 | 000 | | | | |
| Cash value-life insurance | | 166 | 844 | | | | |
| Other assets itemize: | | | | | | | |
| PA Municipal Retirement System | | 54 | 669 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 3 | 380 | 645 |
| Total Assets | 3 | 380 | 645 | Total liabilities and net worth | 3 | 380 | 645 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |